UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | 19-CV-5112 (ARR)(RER) |
| Plaintiffs, | **Opinion & Order** |
| — against — | **Not for electronic or print publication** |
| TRUNG DANG, INDIVIDUALLY AND D/B/A EL TEQUILERO BAR I; AND EL TEQUILERO BAR & RESTAURANT, INC., AN UNKNOWN BUSINESS ENTITY D/B/A EL TEQUILERO BAR I, | |
| Defendants. | |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated October 13, 2020, from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

1

2

Accordingly, I grant plaintiff's motion for default judgment in part and deny it in part. While I deny plaintiff's motion as to defendant Trung Dang, I order default judgment to be entered against defendant El Tequilero Bar & Restaurant, Inc. in the amount of $3,600, after reasonable fees and costs are determined in a subsequent motion. Plaintiff is directed to file a motion for attorneys' fees and costs, if it so chooses, within thirty days.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:      October 29, 2020
            Brooklyn, New York