UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | 19-CV-5112 (ARR)(RER) |
| Plaintiffs, | **Opinion & Order** |
| — against — | **Not for electronic or print publication** |
| TRUNG DANG, INDIVIDUALLY AND D/B/A EL TEQUILERO BAR I; AND EL TEQUILERO BAR & RESTAURANT, INC., AN UNKNOWN BUSINESS ENTITY D/B/A EL TEQUILERO BAR I, |  |
| Defendants. |  |

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated June 9, 2021, from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

2

Accordingly, I grant plaintiff's motion for attorney's fees insofar as I order defendant, El Tequilero Bar & Restaurant, Inc., to pay plaintiff $484.00 in costs.

SO ORDERED.

           _____/s/_____
           Allyne R. Ross
           United States District Judge

Dated:      June 25, 2021
            Brooklyn, New York